UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 11-cr-138-01-JD

Rafael A. Corniel

O R D E R

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted; Trial is continued to the two-week period beginning January 18, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: October 26, 2011

cc:  Bjorn Lange, Esq.
     William Morse, Esq.
     U.S. Marshal
     U.S. Probation